IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

L. S. H.,

      Petitioner,

v.

STATE OF FLORIDA,
DEPARTMENT OF CHILDREN
AND FAMILIES; A. P., Individual;
R. K. P., Individual; and T.P.,
Individual In Re: The Interest of D.
J. P. and N. G. P.,

      Respondents.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-5283

Opinion filed March 13, 2015.

Petition for Writ of Prohibition -- Original Jurisdiction.

Carrington Madison Mead, Jacksonville, for Petitioner.

Ward L. Metzger of Children's Legal Services, Jacksonville; Kelley Schaeffer, Guardian ad Litem Program, Sanford, for Respondents.

PER CURIAM.

      The petition for writ of prohibition is denied on the merits.

THOMAS, CLARK, and WETHERELL, JJ., CONCUR.